

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Docket No. **'07 MJ 2601** |
| ) | |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **David LOPEZ-Mirales,** ) | Deported Alien Found in the |
| ) | United States |
| ) | |
| Defendant ) | |
| ) | |

The undersigned complainant, being duly sworn, states:

On or about **November 4, 2007** within the Southern District of California, defendant, **David LOPEZ-Mirales,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **6th DAY** OF **NOVEMBER, 2007**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE



CONTINUATION OF COMPLAINT:
David LOPEZ-Mirales

## PROBABLE CAUSE STATEMENT

On November 4, 2007, Border Patrol Agent J. Schneeberger was patrolling in an area near Jamul, California. At approximately 1:00 p.m., Agent Schneeberger responded to a seismic intrusion device in an area known as Big Cedar Canyon. This area is located approximately five miles east of the Otay Mesa, California Port of Entry, and approximately three miles north of the International Border boundary between Mexico and the United States.

After hiking into the bottom of the canyon, Agent Schneeberger noticed some foot prints on a trail and began following them. Approximately twenty minutes later Agent Schneeberger found four individuals hiding in a bush. His partner, Senior Patrol Agent M. Rasmussen, was able to detain these four individuals while Agent Schneeberger searched further. About thirty yards away, Agent Schneeberger saw what appeared to be a person's foot in some dense brush. He approached the brush and found three people hiding. Agent Schneeberger called them from the brush and identified himself as U.S. Border Patrol Agent and proceeded to conduct an Immigration inspection. Everyone from the group, including one later identified as the defendant **David LOPEZ-Mirales**, stated that they were citizens and nationals of Mexico illegally present in the United States. All subjects were arrested and transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **January 23, 1991** through **Otay Mesa, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.