1  **TIMOTHY R. GARRISON**
   California State Bar No. 228105
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Timothy_Garrison@fd.org

5  Attorneys for Defendant Lopez-Mirales

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE CATHY A. BENCIVENGO**)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07MJ2601 |
| Petitioner, | |
| v. | **NOTICE OF APPEARANCE** |
| DAVID LOPEZ-MIRALES, | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, notice is hereby given by TIMOTHY R. GARRISON, that I am replacing ZANDRA L. LOPEZ as counsel in this case.

Respectfully submitted,

Dated: November 9, 2007    /s/ *Timothy R. Garrison*
                           Federal Defenders of San Diego, Inc.
                           Attorneys for Defendant
                           Timothy_Garrison@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: November 9, 2007

/s/ *Timothy R. Garrison*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Timothy_Garrison@fd.org (email)