AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED

2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|

v.

MGS ~~DAVID LOPEZ-MIRALES~~
T/N: MARTIN GONZALEZ-SANCHEZ         CASE NUMBER: 07CR3254-JAH

MGS MARTIN GONZALEZ-SANCHEZ

I, ~~DAVID LOPEZ-MIRALES~~, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/4/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Martin Gonzalez Sanchez_
Defendant

_____
Counsel for Defendant

Before _____
       JUDICIAL OFFICER