UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN -2 PM 4:26

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES OF AMERICA,

             Plaintiff,

vs.

MARTIN GONZALEZ-SANCHEZ
Chgd as: David Lopez-Mirales,

             Defendant.

CASE NO. 07CR3254-JAH

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of: 8 USC 1325 - Illegal Entry (Misdemeanor) and 8 USC 1325 - Illegal Entry (Felony)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 2, 2008

_____
CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____