**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

08 JAN -4 AM 8: 39     08 JAN -2 PM 4: 26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARTIN GONZALEZ-SANCHEZ
Chgd as: David Lopez-Mirales,

Defendant.

CASE NO. 07CR3254 JAH

BY: _____ DEPUTY      BY _____ DEPUTY

**JUDGMENT OF DISMISSAL**

     IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

__X__   an indictment has been filed in another case against the defendant and
the Court has granted the motion of the Government for dismissal of
this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal; or

____   the Court has granted the motion of the defendant for a judgment of
acquittal; or

____   a jury has been waived, and the Court has found the defendant not
guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

____   of the offense(s) of: 8 USC 1325 - Illegal Entry (Misdemeanor) and
8 USC 1325 - Illegal Entry (Felony)

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 2, 2008

_____
CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal
Judgment and Commitment on 1/3/28

United States Marshal

By: _____

USMS Criminal Section

ENTERED ON _____